NO. 07-05-0095-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

AUGUST 1, 2005
_____

JOSEPH PAUL CASTILLO,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 108th DISTRICT COURT OF POTTER COUNTY;

NO. 47,171-E; HON. ABE LOPEZ, PRESIDING
_____

***ON MOTION TO DISMISS***

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Joseph Paul Castillo, by and through his attorney, has filed a motion to dismiss this appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice

Do not publish.